IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA LYNN EVANS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| NANCY A. BERRYHILL, Acting | : | NO. 14-2909 |
| Commissioner of Social Security | : | |

**O R D E R**

**AND NOW**, this 4th day of June, 2018, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9); Defendant's Response to Request for Review of Plaintiff (Doc. No. 10); Plaintiff's Reply Brief (Doc. No. 12); and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, dated May 11, 2018, (Doc. No. 14); and Plaintiff's Objections to the Report and Recommendation, (Doc. No. 15),

**It is hereby ORDERED that:**

1. Plaintiff's objections to the Report and Recommendation are **DENIED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The relief sought by Plaintiff is **DENIED**.

4. The decision of the Commissioner of Social Security is **AFFIRMED.**

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY,   Sr. J.